FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 JUN 22 AM 10: 36
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SOUTHEASTERN CARPENTERS AND )
MILLWRIGHTS HEALTH TRUST, )
SOUTHEASTERN CARPENTERS AND )
MILLWRIGHTS PENSION FUND, )
LARRY PHILLIPS, as trustee of )
these Funds, and J. KIRK )
MALONE, as trustee of these )
Funds, )
)
    Plaintiffs, )
)
v. ) CASE NO. CV412-109
)
COLBY ENTERPRISES, INC., )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close his case.

SO ORDERED this 22ND day of June 2012.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA